IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYLESS ENGINEERING, INC.,<br><br>　　　　　Petitioner,<br>v.<br><br>APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC.,<br><br>　　　　　Respondent. | Case No. 2:17CV-07734-SVW (RAOx)<br>Assigned for All Purposes to<br>Hon. Stephen V. Wilson, Judge<br><br>**JUDGMENT ON ORDER CONFIRMING ARBITRATION AWARD** |

On January 23, 2018, this Court entered an Order Confirming the Arbitration Award issued in JAMS Arbitration Reference No. 1100084166 in favor of Claimant therein, herein Petitioner Bayless Engineering, Inc. and against Respondent therein and Petitioner herein, Applied Underwriters Captive Risk Assurance Company, Inc., an Iowa corporation [Doc. No. 27]. The Award provided that "AUCRA was ordered to pay for the reimbursement of the amounts paid in excess of the CIC approved guaranteed cost policies to Bayless in the amount of $550,093" [Doc. No. 27, page 2]. The Award also provides that Bayless was entitled to "interest at the legal rate from the date collected to the date returned" [Award; page 12].

///

///

///

THEREFORE, IT IS ORDERED that Bayless Engineering, Inc., a California corporation, shall have judgment against Applied Underwriters Captive Risk Assurance Company, Inc., an Iowa corporation, in the amount of $550,093, plus interest at the legal rate from the date collected to the date returned.

Dated: October 28, 2024

STEPHEN V. WILSON U.S. DISTRICT JUDGE